IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| D.E.C.T., | ) | |
|     Petitioner, | ) ) ) | |
| v. | ) ) | No. 25 CV 12463 |
| MICHAEL J. SMITH, Warden, Broadview Processing Center, LADEON FRANCIS, Director of Chicago Field Office, U.S. Immigration and Customs Enforcement; KRISTI NOEM, Secretary of the U.S. Department of Homeland Security, and PAMELA BONDI, Attorney General of the United States, | ) ) ) ) ) ) ) ) ) ) ) ) | Judge John J. Tharp, Jr. |
|     Defendants. | ) | |

**ORDER**

    Status hearing held. Pursuant to Fed. R. Civ. P. 25(d), Jason Woosley, Jailer for the Grayson County, Kentucky, Detention Center, and Russel Hott, Field Office Director of Chicago, Illinois, Office of Detention and Removal, U.S. Immigration and Customs Enforcement, U.S. Department of Homeland Security, are substituted for Michael J. Smith as respondents in this action. The Respondents are directed to take all reasonable steps to provide the Petitioner with the equipment necessary to continue lactation for her child. Respondents are further directed to produce to Petitioner, as soon as reasonably possible, all documentation relating to any encounter of Petitioner with immigration authorities, including but not limited to all documentation relating to Petitioner's release into the United States, her detention and arrest, and removal or other proceedings. On Petitioner's oral motion, Petitioner may continue to proceed pseudonymously.

Date: October 16, 2025

John J. Tharp, Jr.
United States District Judge