IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| D.E.C.T., | ) | |
|       Petitioner, | ) | No. 25 CV 12463 |
| v. | ) | Judge John J. Tharp, Jr. |
| KRISTI NOEM, PAMELA BONDI, JASON WOOSLEY, and RUSSEL HOTT, | ) | |
|       Respondents. | ) | |

**CORRECTED JUDGMENT ORDER**

This action having been decided by Judge John J. Tharp, Jr., on a motion for writ of habeas corpus, it is hereby ORDERED:

Judgment is hereby entered in favor of petitoner D.E.C.T. and against respondents Kristi Noem, Pamela Bondi, Jason Woosley and Russell Hott. Petitioner shall not recover costs from Respondents.

Dated: December 2, 2025

/s/ John J. Tharp, Jr.
John J. Tharp, Jr.
United States District Judge